FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLEE N. P.,<br><br>              Plaintiff,<br><br>  -vs-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | No.   4:23-CV-5087-WFN<br><br>ORDER GRANTING STIPULATED REMAND |

      Pending before the Court is the parties' Stipulated Motion for Remand. ECF No. 14. The Court has reviewed the file and Motion and is fully informed. Accordingly,

      **IT IS ORDERED** that:

      1.  The parties' Stipulated Motion for Remand, filed October 17, 2023, **ECF No. 14**, is **GRANTED**.

      2.  Based on the parties' stipulation, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

          (a)  Reevaluate the evidence and Plaintiff's allegations;

          (b)  Take any action necessary to complete the administrative record;

          (c)  Offer the claimant an opportunity for a hearing; and

          (d)  Issue a new decision.

      3.  All other pending motions are **DENIED AS MOOT**.

      4.  Judgment shall be entered for **Plaintiff**.

      5.  Upon proper request, Plaintiff will be entitled to costs under 28 U.S.C. § 2412(a) and reasonable attorney fees and expenses under 28 U.S.C. § 2412(d).

The District Court Executive is directed to file this Order, enter judgment in favor of the Plaintiff, provide copies of this Order and the Judgment to counsel and **CLOSE THIS FILE**.

**DATED** this 18th day of October, 2023.

10-18-23

　　　　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED REMAND - 2